STATE OF NEW JERSEY v. ERNEST TAFT.

May 17, 1983.

Petition for certification denied.

ROBERT A. GOLDSTEIN v. DENNIS F. HELLER.

May 17, 1983.

Petition for certification denied.

DANIEL N. MANDOLESI v. ROBERT W. MURRAY.

May 17, 1983.

Petition for certification denied.

RAMAPO–INDIAN HILLS EDUCATION ASSOCIATION v.
RAMAPO–INDIAN HILLS BOARD OF EDUCATION.

May 17, 1983.

Petition for certification denied.